# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY MARKETING GROUP, INC., a California corporation,<br><br>*Plaintiff(s)*<br>v.<br>IDEAL DIRECT AD GROUP, INC., a California corporation, SYSTEMS MARKETING, INC., a Kentucky corporation, doing business as AUTOSUCCESS MAGAZINE, and DOES 1 to 50, inclusive,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
**IDEAL DIRECT AD GROUP, INC.**, a California corporation
25201 Paseo De Alicia, Suite 235, Laguna Hills, CA 92653

**SYSTEMS MARKETING, INC.**, a Kentucky corporation, doing business as AUTOSUCCESS MAGAZINE
2300 Hurstbourne Village Drive, Suite 1200, Louisville, KY 40299

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Damian M. Moos, Esq., SBN: 240030<br>damian.moos@bbklaw.com<br>Daniel L. Richards, Esq., SBN: 315552<br>daniel.richards@bbklaw.com<br>BEST BEST & KRIEGER LLP<br>18101 Von Karman Avenue, Suite 1000<br>Irvine, CA 92612<br>Telephone: (949) 263-2600<br>Facsimile: (949) 260-0972 | Brick G. Power, Esq., SBN: 181347<br>bpower@djplaw.com<br>Wm. Kelly Nash, Esq. *(ProHac to be filed)*<br>knash@djplaw.com<br>DURHAM, JONES & PINEGAR, PC<br>3301 N. Thanksgiving Way, Suite 400<br>Lehi, UT 84043<br>Telephone: (801) 375-6600<br>Facsimile: (801)375-3865 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


American LegalNet, Inc.
www.FormsWorkFlow.com